IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Shawn Justin Burris, ) | C/A No.: 1:15-1801-TMC-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| Charleston County Detention Center; ) | |
| Carolina Center for Occupational ) | |
| Health; Dr. Karen Huffman; and Dr. ) | |
| Theodolph Jacobs, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, proceeding pro se and in forma pauperis, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. Plaintiff sues Charleston County Detention Center ("CCDC") and Dr. Karen Huffman, Dr. Theodolph Jacobs, and the Carolina Center for Occupational Health (collectively "Medical Defendants"), alleging they were deliberately indifferent to his serious medical needs. [ECF No 1]. Medical Defendants filed a motion to dismiss on February 12, 2016,[1] and CCDC filed a motion for summary judgment on February 15, 2016. [ECF Nos. 32, 36]. As Plaintiff is proceeding pro se, the court entered orders pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of the motions and of the need for him to file adequate responses. [ECF Nos. 33, 37]. Plaintiff was specifically advised that if he failed to respond adequately, defendants' motions may be granted. *Id*. On March 16, 2016, and April 12, 2016, the undersigned extended Plaintiff's

---

[1] The undersigned issued an order advising the parties that the court intended to treat Medical Defendants' motion to dismiss as a motion for summary judgment. [ECF No. 34].

deadline, granting him until May 20, 2016, to respond to defendants' motions. [ECF Nos. 41, 45].

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* orders, Plaintiff failed to properly respond to the motions. As such, it appears to the court that he does not oppose the motions and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to defendants' motions by June 8, 2016. Plaintiff is further advised that if he fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

*Shiva V. Hodges*

May 25, 2016
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge

2